# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00449-GMN-GWF |
| Plaintiff, | |
| vs. | ORDER |
| PHILLIP GAINES, | |
| Defendant. | |

<u>ORDER</u>

After considering Government's motion to continue the trial date, the Court hereby:

**IT IS ORDERED** that Government's Motion to Continue Trial Date (#49) is granted.  The trial date of the above-captioned matter is hereby continued to <u>July 30, 2013, at 8:30 a.m.</u>  Oral argument on Defendant's request for release on pre-trial supervision shall be heard on <u>July 8, 2013, at 10:30 a.m.</u>

**DATED** this 1st day of July, 2013.

_____
Gloria M. Navarro
United States District Judge